# United States Bankruptcy Court
## District of Massachusetts

In re: Joan M. Figuereo- Castillo, Yuridania D. Suero, Debtor(s)

Case No. **18-14276**
Chapter **7**

## MOTION TO AMEND BANKRUPTCY PETITION

## VOLUNTARY PETITION AND STATEMENT OF FINANCIAL AFFAIRS

1. Debtor(s), **Joan M. Figuereo- Castillo and Yuridania D. Suero**, commenced this case on **November 16, 2018** by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. On or about March 25, 2019 debtors discovered that their Petition and following information had been inadvertently omitted from his/her/their Petition:

| Schedule(s) Affected: | Change(s): |
|---|---|
| Voluntary Petition | Amended the nature of the debt primarily business |
| Statement of Financial Affiars | Amended earnings statement of debtors |
|  |  |

WHEREFORE, Debtors pray for an Order to Amend their Bankruptcy Petition to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Dated: **April 19, 2019**

/s/ Theodore W. Beauparlant
**Attorney Theodore W. Beauparlant for Debtors**
25 Washington Square
Haverhill, MA 01830
BeauparlantLaw@aol.com
Tel. 978-521-4477

## ORDER

The motion of the above-named debtor(s), **Joan M. Figuereo- Castillo and Yuridania D. Suero**, to amend their Bankruptcy Petition is sustained.

It is hereby ORDERED and DECREED that the Debtor's(s') Bankruptcy Petition is amended to reflect the following changes:

| Amendment(s) to Petition: |
|---|
|  |
|  |
|  |

Dated:

**U.S. BANKRUPTCY JUDGE**

# United States Bankruptcy Court
## District of Massachusetts

In re: Joan M. Figuereo- Castillo / Yuridania D. Suero, Debtor(s)

Case No. **18-14276**
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **April 19, 2019**, a copy of Amended Statement of Financial Affairs, Amended Voluntary Petition and Motion to Amend the same served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amex**
**Aquilino Romero**
**Attorney Michael G. Gibson**
**Barclays Bank Delaware**
**Bby/cbna**
**Capital One**
**Capital One**
**Capital One**
**Citi**
**Comcast**
**Comenity Bank/express**
**Comenitybank/kay**
**Comenitybank/victoria**
**Credit One Bank Na**
**Digital Fed Credit Uni**
**Discover Fin Svcs Llc**
**Discover Fin Svcs Llc**
**Eddie J. Marquez**
**Greenbox Capital**
**Law Offices of Sprechman & Fisher, P.A.**
**MBF Leasing LLC**
**National Grid**
**Navigant Credit Union**
**Navigant Credit Union**
**Nextgear Capital, Inc.**
**Phil Smith**
**Platinum Cars**
**Shamrock Finance**
**Syncb/amazon**
**Syncb/ashley Homestore**
**Syncb/hannosh**
**Syncb/tjx Cos**
**Thd/cbna**
**United Auto Credit**
**Westlake Financial Services**
**Worker's Credit Union**
**Workers Credit Union**
**Workers Credit Union**
**Workers Credit Union**
**Workers Credit Union**

Amex
P.o. Box 981537
El Paso, TX 79998

Aquilino Romero

c/o Attorney John P. Carr
PO Box 161
Cohasset, MA 02025

Attorney Michael G. Gibson
1320 City Center Drive, Suite 100
Carmel, IN 46032

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Bby/cbna
50 Northwest Point Road
Elk Grove Village, IL 60007

Capital One
15000 Capital One Dr
Richmond, VA 23238

Citi
Po Box 6241
Sioux Falls, SD 57117

Comcast
PO Box 1577
Newark, NJ 07101

Comenity Bank/express
Po Box 182789
Columbus, OH 43218

Comenitybank/kay
3100 Easton Square Pl
Columbus, OH 43219

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218

Credit One Bank Na
Po Box 98872
Las Vegas, NV 89193

Digital Fed Credit Uni
220 Donald Lynch Blvd
Marlborough, MA 01752

Discover Fin Svcs Llc
Po Box 15316

Wilmington, DE 19850

Eddie J. Marquez
83 Aiken Avenue
Lowell, MA 01850

Greenbox Capital
111 Miami Gardens Dr. Suite 316
Miami, FL 33169

Law Offices of Sprechman & Fisher, P.A.
2775 Sunny Isles Boulevard
Suite 100
North Miami Beach, FL 33160

MBF Leasing LLC
419 East Main Street Suite 102
Middletown, NY 10940

National Grid
PO Box 11737
Newark, NJ 07101

Navigant Credit Union
1005 Douglas Pike
Smithfield, RI 02917

Nextgear Capital, Inc.
1320 City Center Drive
Suite 100
Carmel, IN 46032

Phil Smith
PS Cars Sales
103 Tyngsboro Road
North Chelmsford, MA 01863

Platinum Cars
1582 Middlesex Street
Lowell, MA 01851

Shamrock Finance
116 Topsfield Road
Wenham, MA 01984

Syncb/amazon
Po Box 965015
Orlando, FL 32896

Syncb/ashley Homestore

950 Forrer Blvd
Kettering, OH 45420

Syncb/hannosh
C/o Po Box 965036
Orlando, FL 32896

Syncb/tjx Cos
Po Box 965015
Orlando, FL 32896

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

United Auto Credit
1071 Camelback Suite 100
Newport Beach, CA 92660

Westlake Financial Services
PO Box 54807
Los Angeles, CA 90054

Worker's Credit Union
PO Box 8207
Fitchburg, MA 01420

Workers Credit Union
815 Main St
Fitchburg, MA 01420

      **/s/ Theodore W. Beauparlant**
**Theodore W. Beauparlant 553763**
**Beauparlant Law Offices**
**25 Washington Square**
**Haverhill, MA 01830**
**9785214477Fax:9785216925**
**beauparlantlaw@aol.com**